PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action No. 1:99CR00005-001 RRM |
| ) | |
| Edward Cooper ) | |
| ) | |
| Defendant ) | |

**Petition on Probation and Supervised Release**

COMES NOW Carol L. Sain PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Edward Cooper, who was placed on supervision by the Honorable Roderick R. McKelvie, sitting in the court at Wilmington on the 22nd day of November, 1999 who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug aftercare treatment program which may include urine testing, at the direction and discretion of the probation officer.
2. At the discretion of the probation officer, the defendant shall participate in vocational or secondary education program.
3. It is further ordered that the defendant pay to the United States a special assessment of $100, which shall be due immediately.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Please see attached

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for Edward Cooper so that he can be brought before the Court to answer the charges of violating the conditions of his supervised release.

ORDER OF COURT

Considered and ordered this 7th day
of September 2007.

_____
U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct.

_____
Probation Officer

Place    Wilmington, Delaware

Date    September 4, 2007



FILED
SEP 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Standard Condition:** "While on supervised release, the defendant shall not commit another Federal, state or local crime. The defendant shall not illegally possess a controlled substance."

**Evidence:**

Mr. Cooper pled guilty and was sentenced on June 15, 2007 for the offense of trafficking in cocaine (10 to 49 grams) in Superior Court in the State of Delaware. He was sentenced to ten years imprisonment, suspended after serving four years, to two years home confinement, suspended after six months, to serve the rest of the balance as intensive probation. He was also ordered to pay a fine in the amount of $50,000, which is suspended. This offense occurred September 20, 2006, during the term of supervised release.