# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 99-05-JJF |
| ) | |
| EDWARD COOPER ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Thomas V. McDonough as attorney of record for the United States, and enter the appearance of Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

BY: /s/ Lesley F. Wolf
        Lesley F. Wolf
        Assistant United States Attorney
        Nemours Building, Suite 700
        1007 Orange Street
        P.O. Box 2046
        Wilmington, DE 19899-2046
        302-573-6277, x106
        lesley.wolf@usdoj.gov

Dated: September 20, 2007