**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 99-05-JJF |
| | ) | |
| EDWARD COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, respectfully states:

1.  On September 7, 2007, the Court issued an order directing that Edward Cooper be brought before the Court to answer the charges of violating the conditions of supervised release imposed on November 22, 1999 by the Honorable Roderick R. McKelvie.

2.  Edward Cooper is currently incarcerated for conviction of a State offense. The defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3.  The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, December 13, 2007 at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ

of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant Edward Cooper before this Court on December 13, 2007 at 1:00 p.m. for an Initial Appearance and to be returned to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility after the Initial Appearance.

                COLM F. CONNOLLY
                United States Attorney

By:   s/Lesley F. Wolf

      Lesley F. Wolf
      Assistant United States Attorney

Dated:  November 30, 2007

**IT IS SO ORDERED** this _____ day of _____, 2007.

                HONORABLE LEONARD P. STARK
                United States Magistrate Judge