IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. **99-05-JJF** |
| v. | § | |
| | § | |
| **EDWARD COOPER**, | § | |
| Defendant. | § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, SR., UNITED STATES MARSHAL, DISTRICT OF DELAWARE, AND TO THE WARDEN FOR HOWARD R. YOUNG CORRECTIONAL FACILITY

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **EDWARD COOPER** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **EDWARD COOPER** was charged with a violating the conditions of supervised release imposed on November 22nd, 1999 by the Honorable Roderick R. McKelvie, for an **INITIAL APPEARANCE** on **DECEMBER 13TH, 2007, at 1:00 p.m.** and to be returned to the Warden for Howard R. Young Correctional Facility after the initial appearance.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the HONORABLE LEONARD P. STARK, U.S. MAGISTRATE JUDGE of the District Court of the United States for the District of Delaware, this 3rd day of DECEMBER, 2007.

FILED
DEC -3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk