UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 99-05-JJF |
| : | |
| EDWARD COOPER, : | |
| : | |
| : | |
| Defendant. : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Edward Cooper, in the above-captioned matter.

___/s/_____
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
One Custom House, Suite 110
704 King Street
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED:  December 17, 2007