IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff : | |
| v. : | Criminal Action No. 99-05-JJF |
| EDWARD COOPER, : | |
| Defendant. : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR PRETRIAL DETENTION

NOW COMES the United States of America, by and through its undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant U.S. Attorney, and moves for the detention of the defendant, Edward Cooper, pursuant to 18 U.S.C. § 3148(b) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of release petition. In support of the motion, the United States alleges as follows:

1. there is probable cause to believe that the defendant has committed a State crime while on release;

2. based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community;

3. the defendant is unlikely to abide by any condition or combination of conditions of release;

4. the defendant, through his counsel, Edson Bostic, has represented that he does not oppose this motion as he currently is incarcerated by the State of Delaware and will remain

FILED

DEC 14 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

incarcerated by the State through the pendency of this proceeding.

                    Respectfully submitted,

                    COLM F. CONNOLLY
                    United States Attorney

By: _____
      Lesley F. Wolf
      Assistant United States Attorney

Dated: December 13, 2007


AND NOW, this 14 day of DECEMBER, 2007, the foregoing Unopposed Motion for

Pretrial Detention is hereby **GRANTED** by this Court.

                    _____
                    ~~HONORABLE LEONARD P. STARK~~
                    United States Magistrate Judge