## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 99-05-JJF |
| | ) | |
| EDWARD COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United

States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States

Attorney for the District of Delaware, respectfully states:

1.      On September 7, 2007, the Court issued an order directing that Edward Cooper be

brought before the Court to answer the charges of violating the conditions of supervised release

imposed on November 22, 1999 by the Honorable Roderick R. McKelvie.

2.      Edward Cooper is currently incarcerated for conviction of a State offense.  The

defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington,

Delaware.

3.      The defendant had an initial appearance in the District Court for the District of

Delaware on December 13, 2007.  A hearing on the petition has been scheduled for December

27, 2007 at 8:30 A.M. before the Honorable Joseph J. Farnan, Jr.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ

of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant

Edward Cooper before this Court on December 27, 2007 at 8:30 a.m. for a final hearing on the

revocation of supervised release and to be returned to the Warden for Gander Hill Multi-Purpose

Criminal Justice Facility at the conclusion of the proceedings on the revocation of supervised

release.

COLM F. CONNOLLY
United States Attorney


By:    s/Lesley F. Wolf

Lesley F. Wolf
Assistant United States Attorney


Dated:   December 18, 2007


**IT IS SO ORDERED** this _____ day of _____, 2007.


HONORABLE MARY PAT THYNGE
United States Magistrate Judge