IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : | |
| v. | : : | Criminal Action No. 99-05-JJF |
| EDWARD COOPER, | : : | |
| Defendant. | : : | |

**MOTION FOR CONTINUANCE OF VIOLATION
OF SUPERVISED RELEASE HEARING**

Defendant, Edward Cooper, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an Order continuing the violation of supervised release hearing in this case.

In support of the motion, the defense submits as follows:

1. Mr. Cooper is currently scheduled for a hearing on a petition for violation of supervised release on December 27, 2007, at 8:30 a.m.

2. Defense counsel will be out of the office and unavailable on December 27, 2007, and respectfully requests that the Court continue the violation of supervised release hearing to another date.

3. Assistant United States Attorney, Lesley Wolf, does not object to this request for a continuance, making this motion unopposed.

4. The defense respectfully requests that the violation of supervised release hearing in this matter, be continued until anytime after January 3, 2008.

**WHEREFORE**, for all the above reasons, the defense respectfully requests that the Court re-schedule the violation of supervised release hearing in this matter until anytime after January 3, 2008.

                                                    Respectfully Submitted,

                                                    /s/   Eleni Kousoulis
                                                    Eleni Kousoulis, Esquire
                                                    Assistant Federal Public Defender
                                                    704 King Street, Suite 110
                                                    Wilmington, Delaware 19801

                                                    Attorney for Defendant Edward Cooper

DATED:   December 19, 2007