IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 99-05-JJF |
| EDWARD COOPER, | : | |
| Defendant. | : | |

## **ORDER**

The Court having considered Defendant Cooper's Motion For Continuance of the Violation of Supervised Release Hearing and good cause having been shown therefore,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the Violation of Supervised Release Hearing in this case be re-scheduled for the _____ day of _____, 2008 at _____ a.m./p.m.

_____
**HONORABLE JOSEPH J. FARNAN, JR.**
United States District Court