IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
            Plaintiff,             :
                                   :
    v.                             :   Criminal Action No. 99-05-JJF
                                   :
EDWARD COOPER,                     :
                                   :
            Defendant.             :

### O R D E R

WHEREAS, Defense Counsel has filed a Motion For Continuance Of Violation Of Supervised Release Hearing (D.I. 35) requesting a continuance of the hearing currently scheduled for December 27, 2007 at 8:30 a.m.;

WHEREAS, counsel for the Government does not oppose this request;

NOW THEREFORE, IT IS HEREBY ORDERED that the violation of supervised release hearing scheduled for December 27, 2007 is **CANCELLED**. A new date for the hearing will be set by separate Order.

December 20, 2007
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE

FILED
DEC 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE