IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 99-05-JJF |
| | ) | |
| EDWARD COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On September 7, 2007, the Court issued an order directing that Edward Cooper be brought before the Court to answer the charges of violating the conditions of supervised release imposed on November 22, 1999 by the Honorable Roderick R. McKelvie.

2. Edward Cooper is currently incarcerated for conviction of a State offense. The defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3. Following his initial appearance, a hearing on the petition was scheduled for December 27, 2007 at 8:30 A.M. before the Honorable Joseph J. Farnan, Jr.

4. On December 18, 2007, the United States filed a petition for a writ of habeas corpus ad prosequendum (D.I. 34) to bring defendant before the Court for that hearing.

5. On December 20, 2007, the Court granted defendant's motion to reschedule the hearing, but as of yet no new hearing date has been scheduled.

**WHEREFORE,** the Government respectfully requests that its Motion for a Writ of Habeas Corpus Ad Prosequendum (D.I. 34) be withdrawn.

        COLM F. CONNOLLY
        United States Attorney


By:   s/Lesley F. Wolf

     Lesley F. Wolf
     Assistant United States Attorney

Dated: December 21, 2007

**IT IS SO ORDERED** this _____ day of _____, 2007.

        HONORABLE JOSEPH J. FARNAN, JR.
        United States District Judge