IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
            Plaintiff,             :
                                   :
    v.                             :  Criminal Action No. 99-05-JJF
                                   :
EDWARD COOPER,                     :
                                   :
            Defendant.             :

O R D E R

WHEREAS, the Court granted Defendant's request to continue the hearing regarding Defendant's violation of supervised release;

NOW THEREFORE, IT IS HEREBY ORDERED that a Revocation Hearing will be held on **February 14, 2008 at 2:00 p.m.**, in Courtroom 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

January 31, 2008
   DATE
                                        _____
                                        UNITED STATES DISTRICT JUDGE


FILED
FEB 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE