IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 99-05-JJF |
| ) | |
| EDWARD COOPER, ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On September 7, 2007, the Court issued an order directing that Edward Cooper be brought before the Court to answer the charges of violating the conditions of supervised release imposed on November 22, 1999 by the Honorable Roderick R. McKelvie.

2. Edward Cooper is currently incarcerated for conviction of a State offense. The defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3. The defendant had an initial appearance in the District Court for the District of Delaware on December 13, 2007. A hearing on the petition has been scheduled for February 14, 2008 at 2:00 P.M. before the Honorable Joseph J. Farnan, Jr.

**WHEREFORE**, Petitioner prays that the Clerk of this Court be instructed to issue a Writ



FILED
FEB 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant Edward Cooper before this Court on February 14, 2008 at 2:00 P.M. for a final hearing on the revocation of supervised release and to be returned to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility at the conclusion of the proceedings on the revocation of supervised release.

                                              COLM F. CONNOLLY
                                              United States Attorney

                                        By:   s/Lesley F. Wolf

                                              Lesley F. Wolf
                                              Assistant United States Attorney

Dated: February 6, 2008

**IT IS SO ORDERED** this ___7___ day of February, 2008.

                                              _____
                                              HONORABLE JOSEPH J. FARNAN, JR.
                                              United States District Judge

