IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>EDWARD COOPER<br>    Defendant. | §<br>§<br>§  CRIMINAL ACTION NO. **99-5-JJF**<br>§<br>§<br>§<br>§ |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
      WARDEN OF HOWARD R. YOUNG CORRECTIONAL FACILITY WILMINGTON,
      DELAWARE

GREETINGS:

    We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **EDWARD COOPER** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **EDWARD COOPER** was charged with a violation of Supervised Release Conditions and is scheduled for an **REVOCATION HEARING on THURSDAY, FEBRUARY 14, 2008** at **2:00 PM** and to be returned to the Warden of the Howard R. Young Correctional Facility at the conclusion of the proceeding.

    And have you then and there this writ.

    To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 12TH day of February 2008.

                                              PETER T. DALLEO, CLERK

                                              By: _____
                                                       Deputy Clerk

CERTIFIED: 2/12/08
AS A TRUE COPY:
    ATTEST:
PETER T. DALLEO, CLERK
BY _____
    Deputy Clerk