IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 99-05-JJF |
| EDWARD COOPER, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, for the reasons discussed with counsel at side bar during the February 14, 2008 Revocation Hearing, the Court postponed the imposition of sentence on the above Defendant;

NOW THEREFORE, IT IS HEREBY ORDERED that Sentencing will be held on **April 3, 2008 at 10:00 a.m.**, in Courtroom 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

March 3, 2008
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE

FILED
MAR 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE