IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 99-05-JJF |
| | ) | |
| EDWARD COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

  Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, respectfully states:

  1. On September 7, 2007, the Court issued an order directing that Edward Cooper be brought before the Court to answer the charges of violating the conditions of supervised release imposed on November 22, 1999 by the Honorable Roderick R. McKelvie.

  2. Edward Cooper is currently incarcerated for conviction of a State offense. The defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

  3. The defendant had an initial appearance in the District Court for the District of Delaware on December 13, 2007. A hearing on the petition was held on February 14, 2008 at which time defendant was adjudged guilty of the violation.

  4. Sentencing has been scheduled for April 3, 2008 at 10:00 A.M. before the Court.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant Edward Cooper before this Court on April 3, 2008 at 10:00 A.M. for sentencing on the supervised release violation and to be returned to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility at the conclusion of the proceedings.

                          COLM F. CONNOLLY
                          United States Attorney

                        By:  s/Lesley F. Wolf

                          Lesley F. Wolf
                          Assistant United States Attorney

Dated:  March 17, 2008

**IT IS SO ORDERED** this _____ day of March, 2008.

                          HONORABLE JOSEPH J. FARNAN, JR.
                          United States District Judge