# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | CRIMINAL ACTION NO.99-05-JJF |
| § | |
| v. § | |
| § | |
| EDWARD COOPER § | |
| Defendant. § | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, AND WARDEN, MULTI-PURPOSE CRIMINAL JUSTICE FACILITY, WILMINGTON, DELAWARE

GREETINGS: We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said EDWARD COOPER who is now detained and imprisoned in MULTI-PURPOSE CRIMINAL JUSTICE FACILITY and who is a defendant in the above-entitled cause, in which cause the said EDWARD COOPER was charged with a violation of Supervised Release, for SENTENCING on 4/3/2008 at 10:00 a.m., and for any other proceedings subsequent thereto including but not limited to bail and trial arising out of the said action, and at the termination of each of said proceedings to be returned, at the expense of the United States Government, to the MULTI-PURPOSE CRIMINAL JUSTICE FACILITY as soon as said SENTENCING, and such subsequent proceedings are disposed of, as the case may be.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable JOSEPH F. FARNAN, Judge of the District Court of the United States for the District of Delaware, this 20th day of March, 2008.

CERTIFIED
AS A TRUE COPY: 3/20/08
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk

PETER T. DALLEO, CLERK
By: _____
Deputy Clerk

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 APR -4  AM 8: 56

**U.S. MARSHALS RETURN**
I have partially/fully executed this Writ by taking Custody of the within named Edward Cooper, And transported him/her to Fed Court On 4/3/08
David W. Thomas
United States Marshal, D/Delaware
By: _____
Deputy Marshal

