AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| EDWARD COOPER | |

Case Number: CR 99-5-JJF

USM Number: 01079-748

Eleni Kousoulis, Esq.
Defendant's Attorney

### THE DEFENDANT:

☒ admitted guilt to violation of condition(s) STANDARD CONDITION #1 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| STANDARD CONDITION #1 | DEFT SHALL NOT COMMIT ANOTHER FEDERAL STATE OR LOCAL CRIME | 6/15/2007 |
| | | |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc Sec No    -8976

Defendant's Date of Birth    1976

Defendant's Residence Address

HOWARD R. YOUNG CORRECTIONAL

Defendant's Mailing Address

HOWARD R. YOUNG CORRECTIONAL

4/3/08
Date of Imposition of Judgment

_Signature of Judge_

Honorable Joseph J. Farnan, Jr., U.S. District Judge
Name and Title of Judge

April 18, 2008
Date

AO 245D   (Rev 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment

Judgment Page __2__ of __2__

**DEFENDANT:** EDWARD COOPER
**CASE NUMBER:** CR 99-5-JJF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

15 MONTHS IMPRISONMENT ( WITH CREDIT TO TIME SERVED ) TO BE SERVED CONSECUTIVE TO THE STATE SENTENCE WITHOUT A TERM OF SUPERVISION TO FOLLOW.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m.   on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL